IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK HIGGINS**                                                                       **PLAINTIFF**

**V.**                                           **4:20CV001225 JM**

**JAMES DANIELS and**
**FIRST FLEET, INC.**                                                      **DEFENDANTS**

## ORDER OF DISMISSAL

      Pursuant to the joint motion, this case is dismissed with prejudice. Each party is responsible for their own costs, unless otherwise agreed upon in the release and settlement agreement.

      The trial scheduled for January 24, 2022 is cancelled. The Clerk is directed to close the case.

      IT IS SO ORDERED this 16th day of June, 2021.

_____
James M. Moody Jr.
United States District Judge